FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Statesboro Division

2007 JUN 28 PM 2: 51

CLERK *[signature]*
SO. DIST. OF GA.

MARY AND CARRON WILLIAMS

      Plaintiffs

v.                          CIVIL ACTION NO. _____

                                    CV07-038

HOMECOMINGS FINANCIAL
NETWORK, INC.,

      Defendant.

## COMPLAINT

## INTRODUCTION

This Complaint is filed and these proceedings instituted against Homecomings Financial Network, Inc (Homecomings), under the Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. §2601 *et. seq.*, to recover actual, statutory, and punitive damages, court costs, and attorney's fees by reason of Homeconings' violations of 12 U.S.C. §2605 and Regulation X, 24 C.F.R. §3500.1 *et. seq.* Through its own mismanaged record keeping, Homecomings has falsely and mistakenly put the Plaintiffs' mortgage loan into a delinquency status despite the fact that the Plaintiffs paid faithfully on their loan. Homecomings has ignored the Plaintiffs' repeated attempts to explain and document to Homecomings that Homecomings had made an error and that it had no basis whatsoever to put the Plaintiffs' loan into a delinquency status. Homecomings failed to respond properly to "qualified written requests" by and on behalf of the Plaintiffs, and Homecomings failed to take corrective action with respect to the servicing of the Plaintiffs' mortgage loan. This action also is predicated upon Homecomings's defamation, its misuse of the Plaintiffs' loan payments, and its negligence.

1

## JURISDICTION

1.　　This Court has jurisdiction over this action pursuant to 12 U.S.C. § 2614) and 28 U.S.C. § 1331, and has supplemental jurisdiction of the state law claims regarding the same transaction and events under 28 U.S.C. § 1367(a).

## PARTIES

2.　　Plaintiffs Mary and Carron Williams are natural persons who reside in Claxton, Georgia.

3.　　Defendant Homecomings Financial Network, Inc is a foreign corporation doing business in the State of Minnesota. Homecomings makes and services numerous loans which are "federally related mortgage loans" as defined in 12 U.S.C. §2602, in that they are secured by a lien on residential real property designed principally for the occupancy of from one to four families, and in that they are made by "creditors" which make or invest in residential real estate loans aggregating more than $1,000,000 per year. The Williams' loan is one such loan.

## FACTS

4.　　On or about January 13, 2005 Homecomings filed a dispossesory action against Plaintiffs after having conducting an illegal foreclosure action as to Plaintiffs property.

5.　　On or about February 2, 2006 Plaintiff filed a lawsuit to enjoin the prosecution of the action by homecomings as said action was unjustified and without basis.

6.      On or about February 13, 2006 the parties entered into a consent agreement for the termination of their respective lawsuits–a copy is attached as exhibit A

7.      Plaintiff continued to pay their monthly mortgage payment in accordance with the agreement

8.      On or about December 12, 2006 the Defendant sent Plaintiffs a letter stating the Plaintiffs had broken their agreement and threatening foreclosure. Copy attached as exhibit B

9.      On January 8, 2006 plaintiff sent two separate qualified written request to defendant requesting information as to why her payments were not reduced as agreed in the consent order. See exhibit C

10.     The defendant totally failed to respond to the January 8, 2006 letters.

11.     On June 19, 2007 instead of responding to the Plaintiffs request the Defendant sent a letter unilaterally canceling the consent agreement between the parties See exhibit D.

12.     Upon information and belief Defendant is reporting an erroneous payment history to Credit Reporting Agencies with regard to Plaintiffs.

## FIRST CLAIM FOR RELIEF

**REFUSAL TO RESPOND TO REASONABLE INQUIRIES AS REQUIRED BY THE REAL ESTATE SETTLEMENT PROCEDURES ACT**

13.    Plaintiff sent to the Defendant  a statutorily authorized "qualified written request,"

Exhibits B&C, in order to obtain information, and the Plaintiff failed to respond.

14.    Plaintiffs failure to respond to the "qualified written request" was contrary to the statutory

purpose of the request.

15.    Plaintiffs should not lose their home, nor should they pay attorneys fees and costs,

nor any other penalty, resulting from the failure of the Defendant  to maintain reasonable

business practices through which this situation could have been addressed

16.    Plaintiffs should recover the statutory damages, including costs and fees, including

attorney's fees, as provided by 12 USC 2605, resulting from Defendants failure to respond

to the "qualified written request."

## SECOND CAUSE OF ACTION

### DEFAMATION

17.    Homecomings reporting to the credit reporting agencies that Plaintiffs were delinquent

and overdue in their payment of the Note constituted the tort of defamation.

18.   Homecomings publication of false delinquency allegations in the local newspaper

constituted the tort of defamation.

### THIRD CAUSE OF ACTION
### INJURY TO PEACE AND HAPPINESS OF PLAINTIFFS

19.   Defendants' actions in collecting and incorrectly applying payment from The Plaintiffs

when it knew or should have known that the fees and charges it was asserting were not

owed constitutes a tort.

### THIRD CAUSE OF ACTION
### NEGLIGENCE

20.   Homecomings negligently serviced the subject loan, in breach of its duty to the Plaintiffs

to maintain proper and accurate loan records and to discharge and fulfill the other

incidents attendant to the maintenance, accounting and servicing of loan records in a

nonnegligent manner.

WHEREFORE, Plaintiffs respectfully pray that this Court:

(1) Declare that the subject loan was never in default or delinquent by reason of any conduct of

the Plaintiffs, and that the subject loan be reinstated by Homecomings for an amount that in no

way penalizes the Plaintiffs for Homecomings acts and omissions;

(2) Award the Plaintiffs actual and punitive damages for Homecomings violations of RESPA;

(3) Award the Plaintiffs additional damages for Homecomings pattern and practice of

noncompliance with RESPA, in the amount of $1,000.00;

(4) Award Plaintiffs actual damages for Homecomings negligence;

(5) Award Plaintiffs actual and punitive damages for Homecomings defamation and other

injuries to Plaintiffs;

(7) Award Plaintiffs attorneys' fees and costs under RESPA;

(8) Such other and further relief that the Court deems appropriate.

This _28th_ day of _June_, 2007.

_____
Murphy A. Cooper, III
Georgia Bar No. 186170

22 West Bryan Street, #356
Savannah, GA 31412
(912) 398-5325

# EXHIBIT A

## IN THE SUPERIOR COURT OF EVANS COUNTY

## STATE OF GEORGIA

MARY A. WILLIAMS &
CARRON D. WILLIAMS,

    Plaintiffs,

v.

JP MORGAN CHASE BANK, INC.
and HOMECOMINGS FINANCIAL
NETWORK, INC.,

    Defendants.

CIVIL ACTION NO.: 06-V-044

2006 FEB 21 PM 1:07

### CONSENT ORDER

COMES NOW, the parties, by and through their undersigned counsel of record and hereby consent to the following express terms in the above-captioned action:

1.     Defendants agree to and shall promptly dismiss without prejudice the dispossessory proceeding currently pending in the Magistrate of Evans County.

2.     Defendants shall rescind the foreclosure that was conducted with respect to the property commonly known as 805 W. James Street, Claxton, Georgia 30417 and shall take all necessary and appropriate action to remove/cancel Deed Under Power filed in the Evans County Real Estate Records.

3.     Defendants shall immediately contact all major credit reporting agencies and any entities to whom they have given credit information and request that Plaintiff's file be updated to reflect that it is under a forbearance agreement and that no foreclosure took place. Nothing in this agreement shall preclude Defendants from reporting to any credit agency that the mortgage is delinquent until all funds are received in hand by Defendants.

4.     As Defendants agree to dismiss the dispossessory proceeding that is currently



pending in the Magistrate Court of Evans County, the parties agree that no injunctive relief is necessary, thus, Plaintiffs' request for injunctive relief is withdrawn without prejudice.

5.    Defendants agree to comply with the agreement made by Homecomings Financial and the Plaintiffs for repayment. A true and correct copy of the entire Agreement is Attached hereto as Exhibit "A" and is expressly incorporated herein by reference. Plaintiffs' Complaint is dismissed in its entirety without prejudice.

6.    Plaintiffs shall immediately remit payment of any monies presently due under the aforementioned agreement to Homecomings Financial. Said monies shall be sent directly to Adorno & Yoss, L.L.C., Two Midtown Plaza, 1349 Peachtree Street, Suite 1500, Atlanta, Georgia 30309 by Friday, February 10, 2006. It is further expressly agreed and understood that any failure to tender said funds and/or any future breach and/or default of the security deed and/or note may result in Defendants' pursuit of any and all remedies at law and equity, under the original loan documentation, including all provisions contained or referenced therein, and such documentation shall be construed with strict compliance to the original loan documentation and as provided for in the repayment agreement.

7.    The parties agree that all parties shall pay their own attorney's fees, costs, and expenses of litigation.

This _____ day of _____, 2006.

_____
The Honorable Albert Rahn, III
Judge, Superior Court, Evans County
Georgia


**(CONSENT SIGNATURES ON NEXT PAGE)**

Consented to:

KURT R. HILBERT
Attorney for Defendants
Georgia Bar No.: 352877
Adorno & Yoss, LLC
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA 30309
Phone:        (404) 347-8300
Facsimile:    (404) 347-8395

Laura M. Singleton, Esq. for the Firm
Georgia Bar No.: 649077
Attorney for Plaintiffs
Georgia Legal Services Program
P.O. Box 8667
Savannah, Georgia 31412
Phone: 912/651-2180
Facsimile: 912/651-3300
H:\Williams, Mary\Consent order2.frm

*Friday      Bank Closed —   picked up monday,*
*and returned mon. Dec. 5,*
*with the acknowledgement*
*of Mr. David Paul*

# Homecomings Financial

## A GMAC Company

Loan Number:  0436828230

Date:     November 30, 2005

### Repayment Agreement

In consideration of the Lender's forbearance of its right to pursue its remedies for default for failure to make payment when due, we the undersigned borrowers, whether one or more, agree to remit the sum of $550.01, in certified funds (cashiers check, or Western Union Quick Collect) and return one signed copy of this Repayment Agreement ("Agreement") by December 02, 2005.

- All funds being paid per this Agreement, should be made payable to Homecomings Financial.
- The loan number should be written on all funds.

**Returning the Signed Repayment Agreement:**
To activate the Agreement Homecomings requires that you sign and return the Agreement. Please return this Agreement via facsimile or as otherwise directed during previous conversations with Homecomings.

**Remitting Your Payments via Western Union Quick Collect:**
Homecomings prefers you remit your payments through Western Union Quick Collect. Please use the following address for this method:

CITYPLACE, TX
Your Loan Number

**Mailing the Signed Agreement and/or Payments made by Cashier's Check:**

Signed agreements and cashier's checks should be sent via overnight mail to:

Homecomings Financial
Attn: Foreclosure Prevention
2711 North Haskell Avenue, Suite 900
Dallas, TX 75204

PLEASE NOTE: This Agreement will NOT be activated unless Homecomings receives the signed Repayment Agreement by December 02, 2005.

Upon receipt of the funds specified above, if a foreclosure sale has been scheduled, Lender agrees to postpone the scheduled foreclosure sale while this Agreement is in effect.

The second and all subsequent payments will be due based on the schedule below and must be sent to the address listed above or by Western Union Quick Collect. The following is a schedule of payments due under the Agreement:

| Due Date | Amount | Due Date | Amount |
|---|---|---|---|
| 12/02/2005 | 550.01 | 10/02/2006 | 750.00 |
| 01/02/2006 | 750.00 | 11/02/2006 | 750.00 |
| 02/02/2006 | 750.00 | 12/02/2006 | 750.00 |
| 03/02/2006 | 750.00 | 01/02/2007 | 750.00 |
| 04/02/2006 | 750.00 | 02/02/2007 | 750.00 |
| 05/02/2006 | 750.00 | 03/02/2007 | 750.00 |
| 06/02/2006 | 750.00 | 04/02/2007 | 750.00 |
| 07/02/2006 | 750.00 | 05/02/2007 | 750.00 |
| 08/02/2006 | 750.00 | 06/02/2007 | 750.00 |
| 09/02/2006 | 750.00 | 07/02/2007 | 713.79 |

The Agreement will be breached if we fail to comply with any terms of this Agreement. We acknowledge and

IN THE MAGISTRATE COURT OF LONG COUNTY, GEORGIA

JP Morgan Chase Bank,                    )
                                         )
                Plaintiff,               )
                                         )
v.                                       )        Case #: 06CV0022-E
                                         )
Mary A. Williams &                       )
Carron D. Williams                       )
                                         )
                Defendants.              )

### DISMISSAL WITHOUT PREJUDICE

COMES NOW JP Morgan Chase Bank, plaintiff, and dismisses the above-styled

action without prejudice.

This 7th day of February, 2006.


Anne Allen Westbrook
GA State Bar No. 285108
Attorney for JP Morgan Chase Bank

CALLAWAY, BRAUN, RIDDLE
    & HUGHES, P.C.
Post Office Box 9150
Savannah, Georgia  31412
912-238-2750

# EXHIBIT B

# Homecomings Financial
*A GMAC Company*

This is an attempt to collect a debt and any information obtained will be used for that purpose.

December 12, 2006

852 1 MB 0.326    ***AUTO**MIXED AADC 750
MARY A WILLIAMS
CARRON D WILLIAMS
805 WEST JAMES STREET

CLAXTON, GA 30417-1783
llulll.llluullulullllllllulllllullllullllllllllluullullll

| Re: | Loan Number | 0436828230 |
|---|---|---|
| | Property Address | 805 West James Street |
| | | Claxton, GA 30417 |

Dear Mary A Williams and Carron D Williams:

Homecomings Financial℠ entered into an agreement to allow you to pay delinquent amounts owed over a period of time and/or to prevent future delinquencies. At the time the plan was created, we mailed a Repayment Agreement to you; this agreement identified the due date and amount due for each installment. Unfortunately, the repayment plan has been broken as a result of non-payment of the scheduled installments.

Please be aware that while your account is delinquent, late charges will continue to accrue on your loan. In addition, the status of your loan may be reported to the credit bureaus on a monthly basis. If you do not resolve this delinquency and foreclosure proceedings either have been or are initiated, you will incur foreclosure fees and costs. Furthermore, if foreclosure proceedings are not stopped, you will lose your home.

The total delinquent balance on your loan as of the date of this letter (not including any applicable foreclosure fees and costs) is $2,225.68. Please contact one of our Loan Counselors at 1.800.206.2901 should you have any questions.

As of the date of this letter, we are notifying our attorneys that the repayment plan has been canceled. The foreclosure process will continue until either the foreclosure sale occurs or you have written documentation from us stating that the foreclosure process has been stopped.

Time is critical. You are in jeopardy of losing your home, creating a potential tax liability, and severely damaging your credit rating. Please contact us via telephone at 1.800.206.2901 to discuss your financial situation as soon as possible.

Sincerely,

Loan Counseling Department

Homecomings Financial
2711 North Haskell Avenue   Suite 900   Dallas, TX 75204
1.800.206.2901 (Monday - Thursday 8:00 a.m. to 7:00 p.m., Friday 8:00 a.m. to 5:00 p.m., CST)
homecomings.com

S00057

# EXHIBIT C

# GEORGIA LEGAL SERVICES PROGRAM
## SAVANNAH REGIONAL OFFICE

10 WHITAKER STREET, 2nd FLOOR
P. O. BOX 8667
SAVANNAH, GEORGIA 31412-8667
(912) 651-2180  FAX (912) 651-3300
1-888-220-8399 (for clients only)
TDD 1-800-255-0056
http://www.glsp.org

WILLIAM K. BROKER
MANAGING ATTORNEY

MURPHY A. COOPER, III
WANDA ANDREWS
SUPERVISING ATTORNEYS

SPENCER CONNERAT, JR.
ROBERT W. BUSH
CHRISTOPHER D. COLSON (GA & CA)
LAURA M. SINGLETON (GA & MI)
STAFF ATTORNEYS

PHYLLIS J. HOLMEN
EXECUTIVE DIRECTOR

BOARD OF DIRECTORS
JAMES W. BOSWELL, III
PRESIDENT
ANNIE ERVIN
VICE PRESIDENT
LISA CHANG
VICE PRESIDENT
EVELYN Y. TEAGUE
TREASURER
SABRINA BROWN-CLAY
SECRETARY

TERENCE A. DICKS
AT LARGE
SARAH H. LAMAR
AT LARGE

NON-ATTORNEY MANAGEMENT STAFF
THOMAS J. ANTHONY
ASSOCIATE DIRECTOR
JACK M. WEBB
DIRECTOR OF FINANCE

January 8, 2007

**VIA CERTIFIED AND REGULAR MAIL**
Homecomings Financial
P.O. Box 890036
Dallas, TX 75389-0036



RE: Loan Number: 0436828230
Property Address: 805 W. James Street
Claxton, Georgia 30417
Owners: Mary A. Williams and Carron D. Williams

Dear Gentleperson:

Please treat this letter as a **"qualified written request"** pursuant to the Real Estate Settlement Procedures Act, 12 U.S.C. §2605(e). I make this request on behalf of my clients, the property owners above, based on a dispute of the amount alleged to be due and owing alleged by your company and its representatives. Therefore, I request a breakdown of the following:

1. The monthly principal and interest payment and monthly escrow payment since you purchased this account from the previous holder (if applicable);
2. The total unpaid principal, interest and escrow balances due and owing;
3. For all payments received during the previous twelve months up until the receipt of this letter, indicate the amount of the payment, the date received, the date posted to the account, how the payment was applied or credited (indicating the portion, if any, applied or credited to principal, interest, escrow or suspense), and the month to which the payment was applied. If interest is calculated using a daily accrual accounting method, indicate for each payment the number of days that elapsed from the prior payment application date;
4. The amount, payment date, purpose, and recipient of all foreclosure expenses, late

 LSC

Serves Bryan, Bulloch, Candler, Chatham, Effingham,
Emanuel, Evans, Liberty, Long, Tattnall, and Toombs Counties
**AN AFFIRMATIVE ACTION/EQUAL OPPORTUNITY EMPLOYER M/F/V/H**

Homecomings Financial
January 8, 2007
Pg. 2

charges, NSF check charges, appraisal fees, property inspection/preservation fees, legal fees, recoverable corporate advances and other expenses or costs that have been charged and/or assess to this mortgage in the previous 18 months;

5.   The amount, payment date, purpose, and recipient of all escrow account items, including but not limited to taxes, water and sewer charges, and forced placed or other insurance premiums charged and/or assessed to this mortgage in the previous 18 months;

6.   A breakdown of the current escrow payment showing how it was calculated and the reasons for any increase or decrease in the past 18 months;

7.   The current balance in the escrow account, if any;

8.   The balance in any suspense account and the reason that such funds were deposited in said account; and,

9.   The current interest rate on this mortgage account.

If you are not the current holder of the note and the mortgage relating to this mortgage account, please provide the name and address of said holder and indicate your relationship to the same.

Moreover, this is to request that you immediately cease and desist contacting the owners via telephone. However, you may call me at the number indicated above. Thank you for taking the time to acknowledge and answer this request as required by the above-referenced Act.

Sincerely,

Laura M. Singleton

LMS.ls
Enclosure
cc: Carron D. Williams and Mary A. Williams
H:\Williams, Mary A\QWR.wpd

LSC

Serves Bryan, Bulloch, Candler, Chatham, Effingham,
Emanuel, Evans, Liberty, Long, Tattnall, and Toombs Counties
AN AFFIRMATIVE ACTION/EQUAL OPPORTUNITY EMPLOYER M/F/V/H

January 8, 2006


Homecomings Financial
2711 North Haskall Avenue, Ste.900
Dallas, Texas 75204

Homecomings Financial
P.O. Box 78426
Phoenix, Arizona 85062-8426

COPY

      RE: Loan Number: 0436828230
        Property Address: 805 W. James Street
                Claxton, Georgia 30417
      Owners: Mary A. Williams and Carron D. Williams

Dear Sir:

      I received your letter dated December 12, 2006 and I am writing to dispute a billing error in the amount of $2,225.98.  The amount is inaccurate because my last payment of $750.00 was paid on November 1, 2006.  As of December, my payments should have become $550.01.  However, I paid $750.00 pursuant to your instructions for January 2007 as well as an additional $200.00 for December.

      When I called your office in December, I was told that this amount also includes attorneys fees for a foreclosure case that was settled in 2006.  The order in that case says that each side should pay their own attorney's fees, so I also dispute that I attorney's fees in addition to any unpaid loan payments.  I am requesting that the error be corrected, that any finance and other charges related to the disputed amount be credited as well, and that I receive an accurate statement reflecting my loan balance and payoff.


                Sincerely,

                Mary A. Williams
                Carron D. Williams

# EXHIBIT D

**Homecomings Financial**

*A GMAC Company*
PO Box 205
Waterloo, IA 50704-0205

06/19/07

MARY A WILLIAMS
CARRON D WILLIAMS
805 WEST JAMES STREET
CLAXTON         GA 30417

RE:    Account Number       7436828230
       Property Address     805 WEST JAMES STREET
                            CLAXTON         GA 30417

Dear   MARY A WILLIAMS
       CARRON D WILLIAMS

The repayment plan we previously established at your request has been canceled for one or
more of the following reasons:

    [[]]   The payment received does not represent the correct amount as specified in the
    signed repayment agreement.

    [[]]   The payment was not received by the payment due date as specified in the signed
    repayment agreement.

    [[]]   The signed repayment agreement has not been received.

    [[x]]   The required contribution has not been received.

Notice – This is an attempt to collect a debt and any information obtained will be used for that
purpose. If your debt has been discharged in bankruptcy, our rights are being exercised against
the collateral for the above-referenced loan, not as a personal liability.

At this time, the default proceedings will resume. If you wish to discuss the status of your
account or the canceled payment plan, please contact the Loss Mitigation Department at
800-799-9250, extension 3946.

Loss Mitigation Department
Loan Servicing

5:86

**CUSTOMER INFORMATION**

| | |
|---|---|
| Name: | MARY A WILLIAMS |
| | CARRON D WILLIAMS |
| Account Number: | 7436828230 |
| Home Phone #: | (912)739-3194 |

**PROPERTY ADDRESS**

905 WEST JAMES STREET
CLAXTON          GA 30417

**Homecomings Financial**
A GMAC Company

Visit us at www.homecomings.com for
account information or to apply on-line.

#RUNALUPY
#RN7589282051Z#

MARY A WILLIAMS
CARRON D WILLIAMS
905 WEST JAMES STREET
CLAXTON GA 30417-1783

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address found for inquiries on the reverse side

| Customer Care Inquiries: | 1-800-206-2901 |
|---|---|
| Home Financing Needs: | 1-877-496-3633 |

| | | | |
|---|---|---|---|
| Account Number | 7436828230 | Principal and Interest | $479.36 |
| Current Statement Date | June 15, 2007 | Subsidy/Buydown | $0.00 |
| | | Escrow | $146.33 |
| Maturity Date | November 01, 2033 | Amount Past Due | $1,874.07 |
| | | Outstanding Late Charges | $23.96 |
| Interest Rate | 9.99000 | Other | $1,151.90 |
| | | Total Amount Due | $3,664.62 |
| Current Principal Balance* | $53,525.43 | Account Due Date | April 01, 2007 |
| Current Escrow Balance | $392.21- | | |
| Interest Paid Year-to-Date | $3,574.64 | | |
| Taxes Paid Year-to-Date | $0.00 | | |

**For Customer Care inquiries call: 1-800-206-2901**
**For Insurance inquiries call:     1-800-237-6787**
**For Payment Arrangements call:  1-800-799-9250**

### Account Activity Since Last Statement

| Description | Due Date | Trans. Date | Trans. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Receipt | 03/01/07 | 06/14/07 | | | | | | | $68.79 |
| Payment | 03/01/07 | 06/15/07 | | $32.48 | $446.88 | $75.82 | | | |
| Payment | 02/01/07 | 06/15/07 | | $33.21 | $446.15 | $75.82 | | | |
| PROP INSPECTION FEE | 01/01/07 | 06/28/07 | $11.25 | | | | | | $11.25 |

*This is your Principal Balance only, and the amount required to pay the loan in full. For payoff figures and mailing instructions call the Customer Care number above (or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

Pay down debt! Fund a home improvement project or tuition! Call the number above to apply
for a Home Equity Line or Loan!

**See Reverse Side For Important Information**

**Mail This Portion With Your Payment**

### Mortgage Payment Coupon

| Account Number | Due Date | Mortgage Payment | Total Amt. Due | Amount Due With Late Fee If Received 16 Days AFTER Due Date | Homecomings Financial |
|---|---|---|---|---|---|
| 7436828230 | 04/01/07 | $634.88 | $3,664.62 | $348.85 | |

MARY A WILLIAMS

| Check below if you need Information on: |
|---|
| New Home Purchases |
| Refinance |
| Home Equity NewConstr./ Rehab |
| Phone # |
| Best time to call |

| Please assist Homecomings in applying your payment | |
|---|---|
| Full Payment(s) | $ |
| ADDITIONAL Principal | $ |
| ADDITIONAL Escrow | $ |
| Late Charge | $ |
| Other Fees (please specify) | $ |
| Total Amount Enclosed | $ |

Sign here to enroll in monthly ACH.
(See back for details.)

HOMECOMINGS FINANCIAL
PO BOX 890719
LOUISVILLE KY 40290-1719

02   0407   7436828230   00062469   02396   22222   9

TOTAL P.02