ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 NOV -9  AM 10: 42

CLERK E. Bacon
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Statesboro Division

MARY AND CARRON WILLIAMS

    Plaintiffs

v.                                          CIVIL ACTION NO. 607-038

HOMECOMINGS FINANCIAL
NETWORK, INC.,

    Defendant.

### VOLUNTARY DISMISSAL

Comes now MARY AND CARRON WILLIAMS, PLAINTIFFS, through their attorney, MURPHY A COOPER, III, and voluntarily dismisses the above-styled action, without prejudice, pursuant to Fed. R. Civ. Pro. 41.

This 9th day of November, 2007.

                                            Murphy A. Cooper, III
                                            Georgia Bar No. 186170

22 West Bryan Street, #356
Savannah, GA 31412
(912) 398-5325